UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK SAVIGNANO,

    Petitioner,

vs.

B. CURRY, Warden,

    Respondents.

No. C 07-1850 PJH (PR)

**ORDER TO SUPPLEMENT HABEAS RECORD**

    Petitioner, a California prisoner currently incarcerated at the Correctional Training Facility in Soledad, has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the June 6, 2006, decision by the Board of Parole Hearings ("Board") denying parole.

    In finding petitioner unsuitable for parole, the Board relied in part on the Board report dated November 2005. See Answer Ex. 2 at 6. That report was not included in the record provided to this court. In order to properly analyze petitioner's claims, this court must review the same record that the Board reviewed. Therefore, the Attorney General is **ORDERED** to provide a copy of the November 2005 Board report, as well as any other materials reviewed by the Board, within fourteen (14) days of the date of this order.

    **IT IS SO ORDERED.**

Dated: 8/25, 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.07\SAVIGNANO1850.suppl_rec.wpd